23671

HARLEYVILLE MUTUAL INSURANCE COMPANY, Respondent v. R.W. HARP AND SONS, INC., f/k/a Control Fuel Systems, Inc., The Pantry, Inc., P.J. Dormish, and John Dormish, Defendants, of whom The Pantry, Inc., is Petitioner. Petition of THE PANTRY, INC.

(419 S.E. (2d) 222)

Supreme Court

*Walter B. Todd, Jr.* of *Todd and Barber*, Columbia and *Urs R. Gsteiger*, Winston-Salem, N.C., *for petitioner Pantry, Inc.*

*E. Glen Elliott*, of *Coleman, Aiken & Chase, P.A.*, Florence, *for respondent.*

*John L. Choate, Pamela M. Pearson* of *Cozen and O'Connor*, Columbia, and *Thomas W. Bruner, Daniel E. Troy*, and *Dennis A. Tosh*, of *Wiley, Rein & Fielding*, Washington, D.C., *amicus curiae for Ins. Environmental Litigation Ass'n.*

Heard May 18, 1992.

Decided June 8, 1992.

*Per Curiam:*

We granted certiorari to review the Court of Appeals' Opinion reported at — S.C. — , 409 S.E. (2d) 418 (Ct. App. 1991); we dismiss certiorari as improvidently granted.

Dismissed.